IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| RS FIT NW LLC, | ) | Bankruptcy Case No. 20-11568-KBO |
| | ) | Bankr. BAP No. 24-0021 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| RHONDA HUDSON, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 24-448-GBW |
| | ) | |
| RS FIT NW LLC, | ) | |
| | ) | |
| Appellee. | ) | |
| _____ | ) | |

**<u>ORDER</u>**

At Wilmington, Delaware, this **15th day of May 2024**,

WHEREAS, pursuant to Section 1 of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District ("Procedures"), dated July 19, 2023, the Court conducted an initial review of this matter, including having gathered information from the parties and their counsel, in order to determine the appropriateness of mediation for the case;

WHEREAS the parties do not agree as to whether mediation would be helpful, and in light of the correspondence received by the Court, the Court does not believe that mediation would be helpful at this stage;

THEREFORE, pursuant to Section 1 of the Procedures, the Court determines that mediation is not appropriate in this matter and recommends that the assigned District Judge issue

1

an order withdrawing the matter from mediation and setting the following appellate briefing schedule (agreed to by the parties in the event the Court chooses to withdraw the appeal from mediation):

| | |
|---|---|
| Appellant's Opening Brief: | Appellant's Opening Brief shall be due forty-five (45) days from the date of the order removing this matter from the Court's mandatory mediation process. |
| Appellee's Opening Brief: | Appellee's Opening Brief shall be due thirty (30) days following receipt of the Appellant's Opening Brief. |
| Appellant's Reply Brief: | Appellant's Reply Brief shall be due twenty (20) days following receipt of the Appellee's Opening Brief. |

*Christopher J. Burke*
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE