IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RS FIT NW LLC.<br><br>Debtors, | Bankruptcy Case No. 20-11568 (KBO)<br><br><br><br>BAP 24-00021 |
| RHONDA HUDSON<br><br>Appellant,<br><br>v.<br><br>RS FIT NW LLC,<br><br>Appellee. | Civ. No. 24-00448 (GBW) |

**ORDER**

At Wilmington, this 24th day of May 2024, the Court having considered the application to proceed in District Court without prepaying fees or costs under 28 U.S.C. § 1915 (D.I. 14), IT IS HEREBY ORDERED that the application is **GRANTED**.

[signature]

The Honorable Gregory B. Williams
United States District Judge