# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE RS FIT NW, LLC, | : | Chapter 11 |
| | : | |
| Reorganized Debtor. | : | Case No. 20-11568 (KBO) |
| | : | |
| RHONDA HUDSON, | : | |
| | : | |
| Appellant, | : | |
| v. | : | |
| | : | |
| RS FIT NW, LLC, | : | Civ. No. 24-448 (GBW) |
| | : | |
| Appellee. | : | |

## ORDER

For the reasons set forth in the accompanying Memorandum issued on this date, IT IS HEREBY ORDERED that:

1. The Motion to Compel (D.I. 28) is DENIED.

2. The Bankruptcy Court's March 27, 2024 Memorandum Order (Bankr. D.I. 861) (the "Disallowance Order") is AFFIRMED.

3. The Clerk is directed to CLOSE Civ. No. 24-448 (GBW).

Entered this 17th day of March 2025.

_____
UNITED STATES DISTRICT JUDGE

18